IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:12-CV-130-FL

| | |
|---|---|
| CAMPBELL SALES GROUP, INC. D/B/A LEATHER ITALIA, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ABBYSON LIVING CORPORATION, )<br>)<br>Defendant. ) | **ENTRY OF DEFAULT** |

On May 17, 2012, Campbell Sales Group, Inc. d/b/a Leather Italia ("plaintiff") filed this action against Abbyson Living Corporation ("defendant") [D.E. 1]. According to plaintiff's affidavit of service, defendant was served with summons and the complaint on June 13, 2012 [D.E. 7-1]. On July 6, 2012, plaintiff moved for entry of default [D.E. 7].

Defendant has not filed an answer or response to plaintiff's complaint, and the time within which defendant may do so has expired. See Fed. R. Civ. P. 12(a)(1)(A). Rule 55(a) of the Federal Rules of Civil Procedure provides for entry of default against a party who "has failed to plead or otherwise defend." It appears that defendant is subject to default. Accordingly, plaintiff's motion for entry of default against defendant Abbyson Living Corporation is GRANTED [D.E. 7].

SO ORDERED. This 1st day of August 2012.

Julie A. Richards, Clerk of Court